UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK,** a Pennsylvania state-chartered savings association,<br><br>    Plaintiff,<br><br> v.<br><br>**MCKEE FAMILY FARMS, INC. et al.,**<br><br>    Defendants. | Civil No. 3:15-cv-01576-MO<br><br>**ORDER** |

**MOSMAN, J.**,

 Based on Defendant Mid Valley Farms's Motion for Summary Judgment [171] and Plaintiff's Response [191] which does not contest Defendant's motion, I GRANT Defendant's Motion for Summary Judgment [171].

 DATED this __8th__ day of April, 2016.

                /s/ Michael W. Mosman_____
                MICHAEL W. MOSMAN
                Chief United States District Judge

1 – ORDER