UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTHWEST BANK f/k/a NORTHWEST SAVINGS BANK,** a Pennsylvania state-chartered savings association,<br><br>        Plaintiff,<br><br>   v.<br><br>**MCKEE FAMILY FARMS, INC. et al.,**<br><br>        Defendants. | Civil No. 3:15-cv-01576-MO<br><br>**ORDER** |

**MOSMAN, J.**,

    Based on Defendant Mark Cox's Motion for Summary Judgment [172] and Plaintiff's Response [190] which does not contest Defendant's motion, I GRANT Defendant's Motion for Summary Judgment [172].

    DATED this __8th__ day of April, 2016.

                                                 /s/ Michael W. Mosman_____
                                               MICHAEL W. MOSMAN
                                               Chief United States District Judge